

11TH COURT OF APPEALS
EASTLAND, TEXAS
JUDGMENT

Stephen Lee Farris,

* From the 238th District Court
of Midland County,
Trial Court No. CR52629.

Vs. No. 11-21-00239-CR

* November 12, 2021

The State of Texas,

* Per Curiam Memorandum Opinion
(Panel consists of: Bailey, C.J.,
Trotter, J., and Williams, J.)

    This court has inspected the record in this cause and concludes that the appeal should be dismissed for want of jurisdiction. Therefore, in accordance with this court's opinion, the appeal is dismissed.